No. 704, Misc. SMITH *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 842, Misc. POPEKO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 829, Misc. JACKSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 883, Misc. SAILER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 885, Misc. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 908, Misc. COOPER *v.* OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. John T. Corrigan* for respondent.

No. 965, Misc. PARRY-HILL *v.* McGARRAGHY, U. S. DISTRICT JUDGE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent.